United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY WATSON,

        Petitioner,

     v.

PEOPLE OF CONTRA COSTA COUNTY
SUPERIOR COURT,

        Respondent.

Case No. 24-cv-01071-JST

**ORDER OF DISMISSAL**

Petitioner filed this *pro se* action.  ECF No. 1.  On September 27, 2024, the Court dismissed the petition with leave to amend, finding that it was unclear if Petitioner intended to file the petition in state or federal court, and unclear what kind of action Petitioner sought to file.  ECF. No. 12.  The Court informed Plaintiff that the failure to file an amended petition by October 25, 2024, would result in the dismissal of this action.  *Id.*  The deadline to file an amended petition has passed, and Plaintiff has neither filed an amended petition nor otherwise communicated with the Court.  Accordingly, for the foregoing reasons and for the reasons stated in the Court's September 27, 2024 Order, this action is DISMISSED.  The dismissal is without prejudice to filing a motion to reopen accompanied by a proposed amended petition that addresses the deficiencies identified in the Court's September 27, 2024 Order, and explains why Petitioner failed to timely file an amended petition.  Judgment is entered in favor of Respondent and against Petitioner.  The Clerk is directed to close the file.

    **IT IS SO ORDERED.**

    Dated:  December 27, 2024

_____
JON S. TIGAR
United States District Judge